IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02523-WYD-MEH

YVONNE BAUGHMAN,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorney's fees.

Dated this 12th day of November, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL,
        CHIEF UNITED STATES DISTRICT JUDGE